

**Klasko, Rulon, Stock & Seltzer, LLP**
Practice limited to Immigration and Nationality Law

PHILADELPHIA · NEW YORK

July 12, 2006

*Via USPS Express Mail*

Office of the Clerk
United States District Court, District of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, DE 19801

**Re: -- Cyberworld Enterprise Technologies Inc v. Chertoff et al.**
  **Civil Action No.: 06cv402**

Dear Clerk of Court:

Attached you will find Forms AO 440, Summons in a Civil Action, with the correct address of the local U.S. Attorney's Office. Please note that there are three separate defendants named, all going to the U.S. Attorney's Office in Delaware.

Thank you for your attention to this matter.

Very truly yours,

Ryan Osborne

RO/vec

Enclosures

1800 John F. Kennedy Boulevard, Suite 1700
Philadelphia, PA 19103
Telephone 215.825.8600  Facsimile 215.825.8699
www.klaskolaw.com