IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/ TEKSTROM, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-402-KAJ |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General; ELAINE L. CHAO, Secretary of the Department of Labor; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | : : : : : : : : | |
| Defendants. | : | |

ENTRY OF APPEARANCE

Please enter the appearance of Stephen J. Neuberger, Esquire as an attorney for Plaintiff in this case.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: July 18, 2006                              Attorneys for Plaintiff