IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cyberworld Enterprise Technologies Inc ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-402 — KAJ |
| ) | |
| Chertoff et al ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of H. Ronald Klasko to represent Cyberworld Enterprise Technologies Inc in this matter.

Signed: _/s/ Stephen J. Neuberger_

Stephen J. Neuberger, DE State Bar ID: 4440
The Neuberger Firm, Attorneys and Counselors at Law
Two East Seventh St., Suite 302
Wilmington, DE 19801-3707
302-655-0582

Attorney for: ___Plaintiffs___
Date: 7/18/06

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____      _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Ronald Klasko_
Date: 7-13-06

Klasko, Rulon, Stock & Seltzer, LLP
1800 John F. Kennedy Boulevard, Suite 1700
Philadelphia, PA 19103
215-825-8600