%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Cyberworld Enterprise Technologies, Inc.,
d/b/a Tekstrom, Inc.

V.

United States Citizenship and Immigration Services,
Emilio T. Gonzalez, Director

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 402

TO: (Name and address of Defendant)
Colm F. Connolly
U.S. Attorney's Office
The NeMours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046
(302) 573-6277

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

H. Ronald Klasko
Klasko, Rulon, Stock & Seltzer
1800 John F. Kennedy Blvd.
Suite 1700
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 1 0 2006

CLERK                                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/18/06 |
| NAME OF SERVER (PRINT) Ryan Osborne | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  A copy of the summons and complaint was sent by certified mail to the officer named on the summons

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/18/06
           Date             Signature of Server

Klasko, Rulon, Stock & Seltzer, LLP
Address of Server
1800 John F. Kennedy Blvd.
Suite 1700
Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.