AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　District of　　　　　　　　Delaware

Cyberworld Enterprise Technologies, Inc.,
d/b/a Tekstrom, Inc.

　　　　　　　　　　　　　　　　　　　　　　　ALIAS
　　　　　　　　　　　　　　　　　　　**SUMMONS IN A CIVIL ACTION**

V.

Department of Homeland Security,
Michael Chertoff,
Secretary

　　　　　　　　　　　　　　　　　　　CASE NUMBER:   06-402   KAJ


TO: (Name and address of Defendant)

　　　Colm F. Connoly
　　　U.S. Attorney's Office
　　　The NeMours Building
　　　1007 Orange Street, Suite 700
　　　P.O. Box 2046
　　　Wilmington, DE  19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

　　　H. Ronald Klasko
　　　Klasko, Rulon, Stock & Seltzer, LLP
　　　1800 John F. Kennedy Boulevard
　　　Suite 1700
　　　Philadelphia, PA 19103


an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                                             July 17, 2006
CLERK                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)*<br>Ryan Osborne | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  A copy of the summons and complaint was sent by certified mail to the officer named on the summons

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/18/06
              Date                    Signature of Server

Klasko, Rulon, Stock & Seltzer, LLP
Address of Server

John F. Kennedy Blvd.
Suite 1700
Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.