AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Cyberworld Enterprise Technologies, Inc.,
d/b/a Tekstrom, Inc.

V.

Department of Labor,
Elaine L. Chao, Secretary

ALIAS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06-402   KAJ

TO: (Name and address of Defendant)

    Colm F. Connoly
    U.S. Attorney's Office
    The NeMours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    H. Ronald Klasko
    Klasko, Rulon, Stock & Seltzer, LLP
    1800 John F. Kennedy Boulevard
    Suite 1700
    Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

July 17, 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/18/06 |
| NAME OF SERVER (PRINT) Ryan Osborne | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  A copy of the summons and complaint was sent by certified mail to the officer named on the summons

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/18/06
                Date

*Signature of Server*

Klasko, Rulon, Stock & Seltzer, LLP
*Address of Server*
1800 John F. Kennedy Blvd.
Suite 1700
Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.