## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-cv-402 KAJ |
| v. | ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ,** Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff Cyberworld Enterprise Technologies, Inc. d/b/a/ Tekstrom, Inc. ("Cyberworld") respectfully requests that the Court enter a preliminary injunction, pending final resolution of this action, enjoining Defendants from (a) invalidating Cyberworld's labor condition applications, (b) debarring the filing or approval of any new labor condition applications or labor certification applications, and (c) refusing to approve or to allow the filing of petitions filed by Cyberworld.

As set forth in the memorandum of law and the Declaration of Chranjeet Minhas filed in support of this Motion, and in the Complaint, Plaintiff meets all of the requirements for the issuance of a preliminary injunction. Specifically, Cyberworld will

suffer irreparable harm if it is debarred and prohibited from the filing and approval of petitions and labor condition applications, most likely leading to its corporate dissolution. None of the defendants will suffer any harm if a preliminary injunction is granted, nor will any third party.  Federal statutes, regulations, and case law support Plaintiff's legal position, making it likely that Cyberworld will succeed on the merits of this action. Finally, the public interest would not be negatively affected by a preliminary injunction. Accordingly, under the applicable legal standards in this Circuit, preliminary injunctive relief is warranted.

Plaintiff Cyberworld therefore respectfully requests that this Court grant a hearing on this motion as expeditiously as possible, and issue the preliminary injunction sought pending a final resolution of the merits of the case.

Dated:                                             Respectfully submitted,

                                                   /s/ H. Ronald Klasko

                                                   _____

                                                   H. Ronald Klasko
                                                   Klasko, Rulon, Stock & Seltzer, LLP
                                                   1800 John F. Kennedy Blvd.
                                                   Philadelphia, PA 19103
                                                   (215) 825-8600
                                                   Admitted *Pro Hac Vice*

                                                   /s/ Stephen J. Neuberger

                                                   _____

                                                   Stephen J. Neuberger (DE Bar 4440)
                                                   The Neuberger Firm
                                                   Two East Seventh Street, Suite 302
                                                   Wilmington, DE 19801-3707
                                                   Phone: 302-655-0582

                                                   Counsel for Plaintiff
                                                   Cyberworld, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, hereby certify that on September 8, 2006, I have Federal

Expressed the documents to the following non-registered participants:

Colm Connoly
U.S. Attorney's Office
The NeMours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Elaine Chao
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

Emilio T. Gonzalez
Office of the Chief Counsel
20 Massachusetts Ave., N.W.
Room 4025
Washington, DC 20536

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

By:    */s/ Stephen J. Neuberger*

Stephen J. Neuberger, Esq. (DE Bar # 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582