IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-cv-402 KAJ |
| v. | ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff hereby gives Notice of the withdrawal of its motion for preliminary injunction filed on September 8, 2006. Plaintiff withdraws this motion based on an agreement with Defendants' counsel that the Department of Labor will take no action regarding enforcement of the decision of the Department's Administrative Review Board, dated May 24, 2006, which is the subject matter of the instant civil action, during the pendency of the appeals process. Counsel for the Defendants further agrees that there will be no actions taken to debar Plaintiff. Finally, counsel for the Defendants has agreed that the Department of Labor will not report to the Department of Homeland Security or

to the Attorney General recommending debarment or reporting the assessment of any civil money penalty in connection with the Administrative Review Board's decision of May 24, 2006.  The agreement with counsel for the Defendants is attached to this motion as Exhibit A.

Dated:   September 29, 2006                             Respectfully submitted,

*/s/ H. Ronald Klasko*

_____

H. Ronald Klasko
Klasko, Rulon, Stock & Seltzer, LLP
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*

*/s/ Stephen J. Neuberger*

_____

Stephen J. Neuberger (DE Bar 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582

Counsel for Plaintiff

# Tab A

Case 1:06-cv-00402-JJF    Document 21    Filed 09/29/2006    Page 3 of 5



# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 149
FAX (302) 573-6220
TTY (302) 573- 6274
Toll Free (888) 293-8162
Seth.Beausang@usdoj.gov

September 12, 2006

**BY E-MAIL**

H. Ronald Klasko
Klasko, Rulon, Stock & Seltzer, LLP
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103

Stephen J. Neuberger
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

Re:   Cyberworld Enterprise Techs., Inc. v. Chertoff, et al., No. 06-cv-402 KAJ (D. Del.)

Dear Messrs. Klasko and Neuberger:

The Department of Labor has stated its intention to take no action regarding the decision of the Department's Administrative Review Board, which is the subject of the above-captioned appeal, throughout the pendency of the appeal process. Accordingly, there will be no actions taken to debar Cyberworld Enterprise Technologies, Inc. d/b/a Textrom, Inc. There will be no report to the Department of Homeland Security or the Attorney General recommending debarment or reporting the assessment of any civil money penalty.

We hope this satisfies your concerns and will, therefore, result in the withdrawal of your Motion for a Preliminary Injunction.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By:   /s/ Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney

cc:   Joan Brenner, Attorney
U.S. Department of Labor
Office of the Solicitor

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on September 29, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

By:  */s/ Stephen J. Neuberger*

Stephen J. Neuberger, Esq. (DE Bar # 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582