# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

October 31, 2006

The Honorable Kent A. Jordan
Lock Box 10
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**Via CM/ECF Filing**

**RE:** **Cyberworld Enterprises Technologies v. Chertoff, et. al.**
**Civil Action No. 06-402-KAJ**

Dear Judge Jordan:

In accord with the Court's direction at yesterday's Rule 16 teleconference, I have just filed the completed Rule 16 Scheduling Order.

Respectfully submitted,

/s/ Stephen J. Neuberger

cc:   H. Ronald Klasko, Esq. (Via E-Mail)
      Seth M. Beausang, Esq. (Via CM/ECF)