## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/ TEKSTROM, INC., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:06-cv-00402-KAJ |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General; ELAINE L. CHAO, Secretary of Labor; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; | : : : : : : : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 6th day of November, 2006, I caused a copy of the United States' Rule 26(a)(1) Initial Disclosures to be served on the following counsel for Plaintiff by first class mail:

Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

Respectfully submitted,

COLM F. CONNOLY
United States Attorney

/s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277, ext. 149
(302) 573-6220 (fax)