IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/ TEKSTROM, INC.,** : : : : **Plaintiffs,** : : v. : : **MICHAEL CHERTOFF,** Secretary of the : Department of Homeland Security; **ALBERTO** : **GONZALES,** Attorney General; **ELAINE L.** : **CHAO,** Secretary of the Department of Labor; : **EMILIO T. GONZALEZ,** Director, United : States Citizenship and Immigration Services; : : **Defendants.** : | C.A. No. 06-402-KAJ |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on November 6, 2006, **PLAINTIFFS' RULE 26 SELF-EXECUTING DISCLOSURES** were served by overnight mail to the following:

Seth M. Beausang, Esq.
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
seth.beausang@usdoj.gov

                      **THE NEUBERGER FIRM, P.A.**

                      /s/ Stephen J. Neuberger
                      **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                      Two East Seventh Street, Suite 302
                      Wilmington, Delaware 19801
                      (302) 655-0582
                      SJN@NeubergerLaw.com

                      Attorneys for Plaintiff

Dated: November 9, 2006