UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/ TEKSTROM, INC.,** | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | Civil Action No. 1:06-cv-402-*** |
| **MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General; ELAINE L. CHAO, Secretary of Labor; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;** | : : : : : : : | |
| **Defendants.** | : | |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

two (2) true and correct copies of **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO**

**DEFENDANT ELAINE L. CHAO** were caused to be served on December 22, 2006, by

overnight U.S. Postal Service Express Mail on the attorney of record at the following address:

**VIA U.S. EXPRESS MAIL**

Seth M. Beausang, Esq.
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046

                        2

                    **THE NEUBERGER FIRM, P.A.**

                    /s/ Stephen J. Neuberger
                    **STEPHEN J. NEUBERGER, ESQ (#4440)**
                    Two East Seventh Street, Ste. 302
                    Wilmington, DE  19801
                    302-655-0582
                    SJN@NeubergerLaw.com

                    Attorney for Plaintiff

Dated:  December 22, 2006.