## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CYBERWORLD ENTERPRISES  :
TECHNOLOGIES, INC., d/b/a   :
TEKSTROM, INC.,      :
            :
     Plaintiff,   :
            :
   v.       :  Civil Action No. 06-402-***
            :
MICHAEL CHERTOFF, Secretary of the :
Department of Homeland Security; et al., :
            :
     Defendants.  :

## <u>ORDER</u>

At Wilmington this **3rd** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for Thursday, January 18, 2007 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **February 14, 2007 at 12:00 Noon.**. **Plaintiff's counsel shall initiate the teleconference call**.   The status conference previously scheduled with Judge Jordan on March 15, 2007 at 4:30 p.m. is canceled.

IT IS FURTHER ORDERED that counsel are to provide the Magistrate Judge with a joint status report on or before **February 7, 2007.  The status report shall be electronically filed, with a courtesy copy provided to the Magistrate Judge.**  The status report shall be limited to **two (2) pages, double spaced, 12 point font**, and shall include, but is not limited to, the following: the present status of the case, all outstanding

motions, including D.I. numbers and the dates on which briefing was completed, the status of discovery, as well as pertinent dates under the original scheduling order, and any subsequent scheduling orders, including prior pretrial and trial dates, whether the case is scheduled for mediation, and if so, whether the parties intend to proceed with mediation, and whether the parties have discussed settlement independent of any formal ADR.

No revision of prior scheduling orders will be considered by the Magistrate Judge until the joint status report has been filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE