# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

CYBERWORLD ENTERPRISE                          :
TECHNOLOGIES, INC. d/b/a/                       :
TEKSTROM, INC.,                                :
                                               :
    Plaintiff,                             :
                                               :
  v.                                         :    C.A. No. 1:06-cv-00402-***
                                               :
MICHAEL CHERTOFF, Secretary of                 :
the Department of Homeland Security;           :
ALBERTO GONZALES, Attorney General;            :
ELAINE L. CHAO, Secretary of Labor;            :
EMILIO T. GONZALEZ, Director, United           :
States Citizenship and Immigration Services;   :
                                               :
    Defendants.                            :

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendants, by their attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney

for the District of Delaware, and files this Motion for Summary Judgment, pursuant to rule 56 of

the Federal Rules of Civil Procedure, on the grounds that the decision of the Department of

Labor's Administrative Review Board was supported by substantial evidence and was not

arbitrary, capricious or an abuse of discretion.  5 U.S.C. 706(2)(A)(E).

This action presents purely questions of law based on a review of the administrative

record under the Administrative Procedure Act, 5 U.S.C. 551 *et seq.*, and there is no genuine

issue of material fact in dispute.  This Court should review the evidence considered in the

administrative process and contained in the Certified Administrative Record filed with this

Motion, and grant the Defendants' Motion for Summary Judgment.

A proposed Order is attached hereto.

Dated: January 11, 2007

Respectfully submitted,

COLM F. CONNOLY
United States Attorney


_____/s/ Seth M. Beausang_____
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302 573-6277, ext. 149
(302 573-6220 (fax)

OF COUNSEL:

HOWARD M. RADZELY
Solicitor of Labor
United States Department of Labor

STEVEN J. MANDEL
Associate Solicitor
Fair Labor Standards Division

WILLIAM C. LESSER
Deputy Associate Solicitor

JONATHAN M. KRONHEIM
Counsel for Trial Litigation

JOAN BRENNER
Attorney
Office of the Solicitor

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

CYBERWORLD ENTERPRISE                     :
TECHNOLOGIES, INC. d/b/a/                   :
TEKSTROM, INC.,                             :
                                           :
      Plaintiff,                            :
                                           :
  v.                                       :    C.A. No. 1:06-cv-00402-***
                                           :
MICHAEL CHERTOFF, Secretary of             :
the Department of Homeland Security;       :
ALBERTO GONZALES, Attorney General;        :
ELAINE L. CHAO, Secretary of Labor;        :
EMILIO T. GONZALEZ, Director, United       :
States Citizenship and Immigration Services; :
                                           :
      Defendants.                           :

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants'

Motion for Summary Judgment, and all papers filed in support thereof and opposition thereto, it

is ORDERED that Defendants' Motion is GRANTED and Plaintiff's Complaint is DISMISSED

with prejudice.

_____

    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 11th day of January 11, 2007, I caused a copy of Defendants' Motion for Summary Judgment and Proposed Order to be served on the following counsel for Plaintiff by electronic filing:

Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: SJN@NeubergerLaw.com

_____ /s/ Seth M. Beausang
Seth M. Beausang (De. I.D. No. 4071)