# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERWORLD ENTERPRISE | : | |
| TECHNOLOGIES, INC. d/b/a/ | : | |
| TEKSTROM, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:06-cv-00402-*** |
| | : | |
| MICHAEL CHERTOFF, Secretary of | : | |
| the Department of Homeland Security; | : | |
| ALBERTO GONZALES, Attorney General; | : | |
| ELAINE L. CHAO, Secretary of Labor; | : | |
| EMILIO T. GONZALEZ, Director, United | : | |
| States Citizenship and Immigration Services; | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF PAPER FILING

TAKE NOTICE that the Defendants, by their attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney

for the District of Delaware, and have filed with the Court a paper copy of the Certified

Administrative Record as Exhibit D to their Motion for Summary Judgment, a copy of which

will be served upon the following counsel by U.S. Mail:

Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: SJN@NeubergerLaw.com

Dated: January 11, 2007

Respectfully submitted,

COLM F. CONNOLY
United States Attorney


_____/s/ Seth M. Beausang_____
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302 573-6277, ext. 149
(302 573-6220 (fax)

OF COUNSEL:

HOWARD M. RADZELY
Solicitor of Labor
United States Department of Labor

STEVEN J. MANDEL
Associate Solicitor
Fair Labor Standards Division

WILLIAM C. LESSER
Deputy Associate Solicitor

JONATHAN M. KRONHEIM
Counsel for Trial Litigation

JOAN BRENNER
Attorney
Office of the Solicitor

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 11th day of January 11, 2007, I caused a copy of the Notice of Paper Filing to be served on the following counsel for Plaintiff by electronic filing:

Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: SJN@NeubergerLaw.com

_____ /s/ Seth M. Beausang_____
Seth M. Beausang (De. I.D. No. 4071)