IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-cv-402*** |
| v. | ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PRE-TRIAL MOTION**

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendants, subject to the approval of the Court, that:

Plaintiff's Brief Answering Defendant's Motion For Summary Judgment, D.I. 34, shall be due on February 27, 2007. Defendants' Reply Brief shall be due March 22, 2007.

| | |
|---|---|
| Dated: January 24, 2007 | Dated: January 24, 2007 |
| THE NEUBERGER FIRM, P.A. | COLM F. CONNOLY<br>United States Attorney |
| /s/ Stephen J. Neuberger<br>Stephen J. Neuberger (#(4440)<br>Two East Seventh Street, Ste. 302<br>Wilmington, DE 19801<br>302-655-0582<br>Counsel for Plaintiff | /s/ Seth M. Beausang<br>Seth M. Beausang (#4071)<br>Assistant U.S. Attorney<br>1007 N. Orange Street, Ste. 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>302-573-6277 (ext. 149)<br>Counsel for Defendants |

Dated: January 24, 2007

KLASKO, RULON, STOCK & SELTZER, LLP

/s/ H. Ronald Klasko
H. Ronald Klasko
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*
Counsel for Plaintiff

{00255734;1}

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 24, 2007, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PRE-TRIAL MOTION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

By:    */s/ Stephen J. Neuberger*

Stephen J. Neuberger (# 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582

{00255734;1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) | Civil Action No. 06-cv-402*** |
| v. | ) ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration or the parties' joint Stipulation Regarding Briefing Schedule for Pre-Trial Motion, it is ORDERED that Plaintiff's Brief Answering Defendants' Motion for Summary Judgment shall be due on February 27, 2007, and that Defendants' Reply Brief shall be due March 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

{00255734;1}