IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-cv-402*** |
| v. | ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER REGARDING DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES**

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendants, subject to the approval of the Court, that:

Defendant Elaine L. Chao's answers to Plaintiff's First Set of Interrogatories are due no sooner than thirty (30) days after the date of this Court's ruling and Order on Defendant's Motion for Summary Judgment, D.I. 34. Defendants reserve the right to challenge the appropriateness of discovery in this case.

| | |
|---|---|
| Dated: January 24, 2007 | Dated: January 24, 2007 |
| THE NEUBERGER FIRM, P.A. | COLM F. CONNOLY<br>United States Attorney |
| /s/ Stephen J. Neuberger<br>Stephen J. Neuberger (#(4440)<br>Two East Seventh Street, Ste. 302<br>Wilmington, DE 19801<br>302-655-0582<br>Counsel for Plaintiff | /s/ Seth M. Beausang<br>Seth M. Beausang (#4071)<br>Assistant U.S. Attorney<br>1007 N. Orange Street, Ste. 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>302-573-6277 (ext. 149)<br>Counsel for Defendants |

Dated: January 24, 2007

KLASKO, RULON, STOCK & SELTZER, LLP

/s/ H. Ronald Klasko
H. Ronald Klasko
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*
Counsel for Plaintiff

{00255739;1}

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 24, 2007, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

          By:    */s/ Stephen J. Neuberger*

                  Stephen J. Neuberger (# 4440)
                  The Neuberger Firm
                  Two East Seventh Street, Suite 302
                  Wilmington, DE 19801-3707
                  Phone: 302-655-0582

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) | Civil Action No. 06-cv-402*** |
| v. | ) ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration or the parties' joint Stipulation Regarding Defendant's Answers to Plaintiff's Interrogatories, it is ORDERED that Defendant Elaine L. Chao's answers to Plaintiff's First Set of Interrogatories are due no sooner than thirty (30) days after the date of this Court's ruling and Order on Defendant's Motion for Summary Judgment, D.I. 34. Defendants reserve the right to challenge the appropriateness of discovery in this case.

_____
UNITED STATES DISTRICT JUDGE

{00255739;1}