IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) |
| Plaintiff | ) Civil Action No. 06-cv-402*** |
| v. | ) ) ) |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER REGARDING DISCOVERY CUT OFF**

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendants, subject to the approval of the Court, that:

The discovery deadline in this case is extended until July 27, 2007. In support of this Stipulation, the parties state as follows:

The parties have been negotiating a resolution to the extent and scope of discovery in this case. The Plaintiff has not had an opportunity to review the full administrative record, as Defendants' counsel just sent a copy of the same to Plaintiff's counsel on January 11, 2007. After Plaintiff has a full and fair opportunity to review the full administrative record, it is expected that the parties will come to an agreement about

the scope and extent of discovery in this case.  Defendants contend that discovery is not appropriate.  This is the first stipulation extending discovery cut off in this case.

| | |
|---|---|
| Dated:  January 24, 2007 | Dated:  January 24, 2007 |
| THE NEUBERGER FIRM, P.A. | COLM F. CONNOLY<br>United States Attorney |
| /s/ Stephen J. Neuberger<br>Stephen J. Neuberger (#(4440)<br>Two East Seventh Street, Ste. 302<br>Wilmington, DE 19801<br>302-655-0582<br>Counsel for Plaintiff | /s/ Seth M. Beausang<br>Seth M. Beausang (#4071)<br>Assistant U.S. Attorney<br>1007 N. Orange Street, Ste. 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>302-573-6277 (ext. 149)<br>Counsel for Defendants |

Dated:  January 24, 2007

KLASKO, RULON, STOCK & SELTZER, LLP

/s/ H. Ronald Klasko
H. Ronald Klasko
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*
Counsel for Plaintiff

{00255737;1}

## CERTIFICATION OF COUNSEL

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 24, 2007, a true and correct copy of the forgoing **STIPULATION AND ORDER REGARDING DISCOVERY CUT OFF** was sent by U.S. Postal Service, first class mail, to the Plaintiff, Cyberworld Enterprises Technologies, Inc. d/b/a Tekstrom, Inc., c/o Charanjeet Minhas.

By:    */s/ Stephen J. Neuberger*

Stephen J. Neuberger (# 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 24, 2007, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING DISCOVERY CUT OFF** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

By:   */s/ Stephen J. Neuberger*

Stephen J. Neuberger (# 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582

{00255737;1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-cv-402*** |
| v. | ) ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration or the parties' joint Stipulation Regarding Discovery Cut Off, it is ORDERED that all discovery in this case shall be initiated so that it will be completed on or before July 27, 2007.  Defendants reserve the right to challenge the appropriateness of discovery in this case.

_____

UNITED STATES DISTRICT JUDGE

{00255737;1}