# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERWORLD ENTERPRISES TECHNOLOGIES, INC., d/b/a TEKSTROM, INC., | : : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 06-402-*** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **1ˢᵗ** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for February 14, 2007 at 12:00 Noon with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Wednesday, February 21, 2007 at 12:00 Noon.**. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE