**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRIESES TECHNOLOGIES, INC. d/b/a TEKSTROM, INC.** | : : : : | |
| Plaintiff | : : | Civil Action No. 06-402-*** |
| v. | : : | |
| **MICHAEL CHERTOFF, Secretary, Dept. of Homeland Security, et. al.,** | : : : | |
| Defendants | : | |

JOINT STATUS REPORT

Pursuant to the Court's Order, D.I. 33, relating to the Status Conference, the parties hereby submit this Joint Status Report addressing the Conference agenda items.

1. Substance of the Action. The Wage and Hour Division of the U.S. Department of Labor ("WHD") fined Plaintiff for failing to make a secondary displacement inquiry of employers with whom Plaintiff had placed H-1B nonimmigrant foreign national workers, and notified Plaintiff of its intention to refer Plaintiff to the United States Attorney General for a one-year debarment from the H-1B program. Plaintiff appealed that determination to an Administrative Law Judge ("ALJ"), who affirmed the WHD's determination. Plaintiff then appealed to the Administrative Review Board ("ARB"), which affirmed the ALJ's determination.

Plaintiff then filed this suit, contending that the WHD exceeded its authority by failing to act within the statutory and regulatory deadline. Plaintiff also contends that the WHD abused its discretion by imposing a debarment. Defendants contend that the

{00258916;1}

ARB's determination should be upheld because, among other reasons, there is no statutory deadline constraining the WHD's ability to impose penalties under the H-1B program, and debarment is a mandatory penalty under the governing statute.

    2. <u>Present Case Status and Outstanding Motion</u>.  The Defendants have filed a motion for summary judgment, D.I. 34, and by joint stipulation and Court Order, D.I. 40, the Plaintiff's answering brief is due February 27, 2007.  Defendant's reply brief is due March 3, 2007.

    3. <u>Discovery</u>.  The parties have been negotiating the scope and extent of discovery in this case.  Defendants contend that discovery is not appropriate in this case, as it involves an appeal from an agency decision under the Administrative Procedures Act.  The Defendants would limit the Court's review to the administrative record.  Plaintiff contends that discovery is appropriate to the extent that the Plaintiff seeks to disclose the factual basis and lack of justification for the Department of Labor's long delay in issuing a determination regarding Plaintiff's violation.  Accordingly, Plaintiff has served its first set of interrogatories on Defendant Chao.  By joint stipulation and Court Order, D.I. 42, the discovery cut off has been extended to July 27, 2007.  Defendants have reserved the right to challenge the appropriateness of discovery in this case.

    4. <u>Settlement</u>.  The parties have broached the issue of settlement.  This case has been referred to Her Honor for possible alternative dispute resolution options.  The parties believe that mediation would not result in a resolution of the issues under dispute.

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | COLM F. CONNOLY<br>United States Attorney |
| /s/ Stephen J. Neuberger<br>Stephen J. Neuberger (#4440)<br>Two East Seventh Street, Ste. 302<br>Wilmington, DE 19801<br>302-655-0582<br>Counsel for Plaintiff | /s/ Seth M. Beausang<br>Seth M. Beausang (#4071)<br>Assistant U.S. Attorney<br>1007 N. Orange Street, Ste. 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>302-573-6277 (ext. 149)<br>Counsel for Defendants |

KLASKO, RULON, STOCK & SELTZER, LLP

/s/ H. Ronald Klasko
H. Ronald Klasko
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*
Counsel for Plaintiff


DATED:      February 7, 2007

{00258916;1}