**U.S. Department of Justice**



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*     *(302) 573-6277 x 149*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*     *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*     *Toll Free (888) 293-8162*
    *Seth.Beausang@usdoj.gov*

February 26, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

     Re:    Cyberworld Enterprise Techs., Inc. v. Chertoff, No. 06-cv-402-*** (D. Del.)

Dear Judge Thynge:

    I write to inform the Court that the parties to the above-referenced action do not wish to consent to Your Honor's jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    The parties are available at the call of the Court to address any questions or concerns.

                            Respectfully,

                            COLM F. CONNOLLY
                            United States Attorney

                     By:   /s/ Seth M. Beausang
                            Seth M. Beausang
                            Assistant United States Attorney

cc:    Stephen J. Neuberger, Esquire (by e-File)
        Joan Brenner, Esquire (by e-mail)
        U.S. Department of Labor
        Office of the Solicitor