# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CYBERWORLD ENTERPRISES          :
TECHNOLOGIES, INC., d/b/a        :
TEKSTROM, INC.,                  :
                                 :
                  Plaintiff,     :
                                 :
        v.                       :     Civil Action No. 06-402-***
                                 :
MICHAEL CHERTOFF, Secretary of the  :
Department of Homeland Security; et al.,  :
                                 :
                  Defendants.    :


## ORDER

At Wilmington, this **28th** day of **February, 2007.**

A status teleconference was held on February 21, 2008.  As a result of the discussions with counsel,

IT IS ORDERED that:

1.  The Scheduling Order of October 31, 2006 (D.I. 26) and all dates contained therein are suspended pending the decision on defendants' motion for summary judgement.  As a result, all discovery is presently stayed.

2.  Counsel shall submit on or before **March 9, 2007** a proposed amended Scheduling Order which will take effect after the decision on the summary judgement motion is issued.

3.  Counsel are to advise on or before **March 9, 2007** whether the parties desire to

proceed with Court-assisted ADR involving the Magistrate Judge before a decision is

rendered on the case dispositive motion.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE