IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC., <br><br> Plaintiff <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et. al. <br><br> Defendants. | Civil Action No. 06-cv-402-*** |

## ORDER

At Wilmington this day _____ of _____ 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**. (a) All discovery shall be commenced in time to be completed by 180 days from the date a District Court Judge issues a ruling on Defendants' Motion for Summary Judgment, D.I. 34.

(b) Maximum of interrogatories by each party to any other party shall be no more than fifty (50).

(c) Maximum of requests for admission by each party to any other party shall be no more than twenty-five (25).

(d) Each side is limited to a total of ten (10) hours of taking testimony by deposition upon oral examination.

(e) **Discovery Disputes.** Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. Any motion for protective order shall be submitted to the Court pursuant to Fed. R. Civ. P. 26(c).

3. **Joinder of other Parties.** No other parties shall be joined to this civil action.

4. **Settlement Conference.** The parties have agreed that alternative dispute resolution is not appropriate.

5. **Case Dispositive Motions.** All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before 60 days from the date a District Court Judge issues a ruling on Defendants' Motion for Summary Judgment, D.I. 34.

6. **Pretrial Conference.** A Pretrial Conference will be held on a date and time directed by ORDER of a District Court Judge, but in no event shall said Pretrial Conference occur prior to 220 days from the date a District Court Judge issues a ruling on Defendants' Motion for Summary Judgment, D.I. 34.

7. **Motions in Limine.** All motions in limine shall be filed on or before 14 days prior to the Pretrial Conference, and responses to said motions shall be filed on or before 7 days prior to the Pretrial Conference.

8. **Trial**. A one (1) day bench trial shall be held on a date and time directed by ORDER of a District Court Judge. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of three (3) hours to present their case.

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 7, 2007, I electronically filed the foregoing **ORDER** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

By:   */s/ Stephen J. Neuberger*
      _____
      Stephen J. Neuberger (# 4440)
      The Neuberger Firm
      Two East Seventh Street, Suite 302
      Wilmington, DE 19801-3707
      Phone: 302-655-0582