IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC.** **d/b/a/TEKSTROM, INC.**, | ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-cv-402*** |
| v. | ) ) | |
| **MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PRE-TRIAL MOTION**

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendants, subject to the approval of the Court, that:

The Defendants' Reply Brief shall be due March 30, 2007.

Defendants request this extension, among other reasons, due to the Department of Labor attorney assigned to this case and doing the bulk of the work having to recover from recent surgery, which has limited her work schedule.

{00253759;1}

| | |
|---|---|
| Dated: March 9, 2007 | Dated: March 9, 2007 |
| THE NEUBERGER FIRM, P.A. | COLM F. CONNOLY<br>United States Attorney |
| /s/ Stephen J. Neuberger<br>Stephen J. Neuberger (#(4440)<br>Two East Seventh Street, Ste. 302<br>Wilmington, DE 19801<br>302-655-0582<br>Counsel for Plaintiff | /s/ Seth M. Beausang<br>Seth M. Beausang (#4071)<br>Assistant U.S. Attorney<br>1007 N. Orange Street, Ste. 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>302-573-6277 (ext. 149)<br>Counsel for Defendants |

Dated: March 9, 2007

KLASKO, RULON, STOCK & SELTZER, LLP

/s/ H. Ronald Klasko
H. Ronald Klasko
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 825-8600
Admitted *Pro Hac Vice*
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Seth M. Beausang, being a member of the bar of this Court do hereby certify that on March 9, 2007, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PRE-TRIAL MOTION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Stephen J. Neuberger (# 4440)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582

By:  */s/ Seth M. Beausang*
_____
Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **CYBERWORLD ENTERPRISE TECHNOLOGIES, INC. d/b/a/TEKSTROM, INC.**,<br><br>            Plaintiff<br><br>    v.<br><br>**MICHAEL CHERTOFF**, Secretary of the Department of Homeland Security; **ALBERTO GONZALES**, Attorney General; **ELAINE L. CHAO**, Secretary of the Department of Labor; **EMILIO T. GONZALEZ**, Director, United States Citizenship and Immigration Services;<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-cv-402\*\*\*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration or the parties' joint Stipulation Regarding Briefing Schedule for Pre-Trial Motion, it is ORDERED that Defendants' Reply Brief shall be due March 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

{00253759;1}