IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYBERWORLD ENTERPRISE            :
TECHNOLOGIES,                    :
INC. d/b/a TEKSTROM, INC.,       :
                                 :
              Plaintiff,         :
                                 :
     v.                          :   Civil Action No. 06-402-JJF
                                 :
JANET NAPOLITANO, Secretary,     :
Department of Homeland           :
Security, Eric H. Holder, Jr.,   :
Attorney General; HILDA L.       :
SOLIS, Secretary, Department     :
of Labor; and Michael Aytes,     :
Acting Deputy Director,          :
United States Citizenship and    :
Immigration Services,            :
                                 :
                                 :
              Defendants.        :

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion
and Order dated March 25, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby
entered in favor of Defendants Janet Napolitano, Eric H. Holder,
Jr., Hilda L. Solis, and Michael Aytes, and against Plaintiff
Cyberworld Enterprise Technologies, Inc d/b/a Tekstrom, Inc.

UNITED STATES DISTRICT JUDGE

Dated: March 25, 2009

(By) Deputy Clerk